UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL A. MURPHY-RICHARDSON,<br>　　　　Plaintiff,<br>　　v.<br>UNITED STATES, et al.,<br>　　　　Defendants. | Case No. 21-cv-09507-SVK<br><br>**ORDER OF TRANSFER** |

Plaintiff is an Arizona state prisoner located in Phoenix, Arizona. The vast majority of Defendants are located in Arizona.[1] Plaintiff's claims are based on events occurring during the course of his criminal prosecution in Arizona state court.

Venue may be raised by a federal court sua sponte where a defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1986). Venue generally is proper in a judicial district in which: (1) any defendant resides, if all defendants are residents of the state in which the district is located; (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) any defendant is subject to the court's personal jurisdiction, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). This Court is not the proper venue for this case because none of the Defendants are located in California, and the events giving rise to Plaintiff's claims did not occur in California.

Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). The proper venue for this case is the United States Court for the District of Arizona

---

[1] The Defendants not located in Arizona are two former Presidents of the United States, the United States Attorney General, the United States Supreme Court, and the United States.

|   |   |
|---|---|
| 1 | because that is where the events giving rise to Plaintiff's claims took place.  See 28 U.S.C. § |
| 2 | 1391(b)(2).  In the interests of justice, this case is TRANSFERRED this case to the United States |
| 3 | District Court for the District of Arizona pursuant to 28 U.S.C. § 1406(a).  The Clerk shall transfer |
| 4 | this matter forthwith. |
| 5 | **IT IS SO ORDERED.** |
| 6 | Dated: December 17, 2021 |

_____
SUSAN VAN KEULEN
United States Magistrate Judge